**Dominick FARINA, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error.**

No. 376.

Circuit Court of Appeals, Second Circuit.
April 18, 1932.

Lester W. Block, for appellant.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., and Floyd S. Spangle, Asst. U. S. Atty., of Fulton, N. Y.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**GENERAL MOTORS ACCEPTANCE CORPORATION, a Corp., Claimant of One Buick 1926 Sedan Automobile, Engine No. I—614—477, Appellant, v. UNITED STATES of America, Appellee.**

**GENERAL MOTORS ACCEPTANCE CORPORATION, a Corp., Claimant of One Chevrolet Coupe Automobile, Eng. No. 3—337—243, Appellant, v. UNITED STATES of America, Appellee.**

**GENERAL MOTORS ACCEPTANCE CORPORATION, a Corp., Claimant of One Buick Roadster Automobile, Eng. No. I—490—479, Appellant, v. UNITED STATES of America, Appellee.**

No. 6857.

Circuit Court of Appeals, Ninth Circuit.
May 31, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.
Upon stipulation of counsel for the respective parties, ordered appeals in above cause dismissed; mandates forthwith.

**Avagelo GEOLDISIS, etc., v. John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco.**

No. 6735.

Circuit Court of Appeals, Ninth Circuit.
May 19, 1932.

Philip M. Zwerin, of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., and Arthur Phelan, U. S. Immigration Service, both of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.
Upon motion of counsel for appellee, ordered appeal dismissed for failure to print record and file brief; mandate forthwith.

**Tommie F. GILLETTE, Appellant, v. UNITED STATES of America.**

No. 9410.

Circuit Court of Appeals, Eighth Circuit.
Jan. 25, 1932.

Fred W. Coon, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.